UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-10006-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANUEL RAVELO, JR.,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE having come on to be heard upon the Order of Reference (DE 11) from United States District Judge Jose E. Martinez to the undersigned, to conduct a proceeding for acceptance of a guilty plea by Defendant **Manuel Ravelo, Jr.**, in the above referenced case. The undersigned having conducted a Change of Plea hearing on August 24, 2012, recommends to the District Court as follows:

    1. On August 24, 2012, the undersigned convened a hearing to permit Defendant Manuel Ravelo, Jr., to enter a change of plea in the aforementioned matter. At the outset of the hearing, the undersigned advised the Defendant of his right to have these proceedings conducted by the District Judge assigned to the case. Further, the Defendant was advised that the Change of Plea hearing was being conducted on an Order of Reference from the District Judge, at the request of the Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to this case. The undersigned further advised the Defendant that the District Judge assigned to this case would be the sentencing judge and would make all findings and rulings concerning the Defendant's sentence.

2. The Defendant was advised that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could request that the Change of Plea hearing be conducted only by a United States District Judge. The Defendant, the Defendant's attorney and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the Change of Plea hearing.

3. The undersigned conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which had been entered into by the parties in this case. The undersigned reviewed the Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. This Court also made certain that the Defendant was aware of any minimum mandatory sentences and the maximum sentences which could be imposed in this case pursuant to the Plea Agreement and the applicable statutes. The Defendant acknowledged that he understood these possible maximum penalties which could be imposed in his case.

5. Defendant Manuel Ravelo, Jr., pled guilty to Count 1 of the Information, which charges him with conspiracy to illegally harvest lobster during the commercial spiny lobster harvesting season from artificial habitat within the Florida Keys National Marine Sanctuary, in violation of 18 U.S.C. § 371.

6. The Government stated a factual basis for the entry of the plea which included all of the essential elements of the crime to which the Defendant is pleading guilty and any sentencing enhancements and/or aggravating factors that may be applicable. The Government also announced the possible minimum and maximum penalties with respect to the Information. The Defendant

acknowledged that he understood these possible minimum and maximum penalties which could be imposed in his case.

7. Based on all of the foregoing and the plea colloquy, the undersigned recommends to the District Judge that Defendant Manuel Ravelo, Jr., be found to have freely and voluntarily entered his guilty plea to Count 1 of Information as more particularly described herein and that he be adjudicated guilty of that offense.

8. The Defendant was advised of his right to a pre-sentence investigation report, which is being prepared for the District Judge by the United States Probation Office and Sentencing has been set for November 19, 2012 @ 2:00 p.m. before the Honorable Jose E. Martinez, United States District Judge, 301 Simonton Street, 1st Floor Courtroom, Key West, Florida 33040.

Accordingly, the undersigned RECOMMENDS that Defendant Manuel Ravelo, Jr.'s, plea of guilty be accepted, the Defendant be adjudicated guilty of the offense to which he has entered his plea of guilty and that a sentencing hearing be conducted for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge

DONE AND SUBMITTED at Key West, Florida, this 31st day of August, 2012.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies furnished:

AUSA Tom Watts-Fitzgerald (MIA)
Fred Haddad, Esq.

U.S. Probation (KW)
U.S. Marshal (KW)